IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01051-MSK-PAC

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

    Plaintiff,

v.

KINDERCARE LEARNING CENTERS, INC., a Delaware corporation,

    Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

    IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 19th day of June, 2006

                                              BY THE COURT:

                                              *[signature: Marcia S. Krieger]*

                                              Marcia S. Krieger
                                              United States District Judge